# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 28, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

158019(108)
158020

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellant,

v

CHRISTOPHER WILEY,
        Defendant-Appellee.
_____

SC:  158019
COA:  336898
Wayne CC: 95-002388-FC

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellant,

v

WILLIAM RUCKER,
        Defendant-Appellee.
_____/

SC:  158020
COA:  338870
Wayne CC:  92-014245-FC

On order of the Chief Justice, the motion of plaintiff-appellant to extend the time for filing its reply is GRANTED.  The reply submitted on September 21, 2018, is accepted as timely filed.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 28, 2018



Clerk